# EXHIBIT F



The text comes from the service rp.pl, © Republic

Did you know that the Kyocera this article, you can print up to 5 times cheaper! Starting at 33 zł / month! **More …**


Document Solutions

 PRINT

### THE HISTORY

# War booty back to Polish?

Luke Zalesiński, 28.02.2011    Updated: 28.02.2011, 1:56

## Stolen painting found during the war in Moscow. For its return, you will pay

"Girl with a Dove" painted by Antoine Pesne, court painter of King Frederick II of Prussia, in 1754. Eight years before World War II Museum in Poznan painting bought from a private collector. - The 3000 gold, for those times a lot - says Piotr Michalowski Museum National Poznaniu.W 1943. occupation authorities ordered the evacuation of the museum. Collections were taken east of Germany. Two years later, the Red Army took it over. After the war he returned only to the Polish part of the collection. After "The Girl with a Dove" zaginął.W hearing last year Ministry of Culture antiquarian reported from Moscow. In one of his canvases recognized the missing image. Michalowski went to Russia. - The authenticity of the work I was able to confirm through photographs made before the war. The image is corrupted, thankfully little - mówi.Poznańskie museum would like to recover the canvas. - Its value is difficult to estimate. But it would be the only picture Pesne in our collection - emphasizes Michalowski. But the matter is not so simple. Poles will most likely pay for the canvas. Negotiations in the summer of 2010. Leads resort kultury.- World War II brought havoc Polish giant sets. But the loss of the museums were a relatively small part of what has been stolen from the mansions, palaces - ie. Private collections. Often these works were not at all cataloged - emphasizes Marcin Libicki, a historian of the ministry of culture sztuki.Z estimates that as a result of the war, Poland lost 70 percent. material heritage. M. et al. paintings by Raphael, Breughel, van Dyck, Malczewski, Kossak Gierymski. Today, it is difficult to determine how much of the stolen treasures returned to the country as a result of post-war restitution action. The Ministry of Culture since the early 90s inventories stolen work. At the moment, the database contains approx. 60,000 so-called records, but often one entry refers to a dozen or so items that were listed under the same number once

inwentarzowym.Prócz stalking the Ministry of Culture of works dealing with the missing team. Restitution of cultural property under the Ministry of Foreign Affairs. - The search is carried out in the biggest auction houses. Another problem is the huge number of auctions every day for smaller auction houses and antique shops - explains Monika Kuhnke zespołu.W monitoring of the art market are involved in diplomatic and consular help serve a number of informal groups and associations. - The basic tool is the Internet, but only if we have a photograph. And less than 10 percent reported lost monuments such photograph is - explains Kuhnke.W addition looted after the war often works passed from hand to hand, and their subsequent owners generally do not have the knowledge of their origin. Despite this, Poland was able to recover a lot. Sometimes accompanied this unusual circumstances, such as in the case of image Adrieana Brouwer "The peasants in the inn." Canvas exported from the National Museum in Warsaw, surfaced in the late 90s on offer at Christie's in London. Initially, experts from the Warsaw facility him as a replica . Only a few years later, when I managed to find a good quality photo, it turned out that it was the original. Except that the picture had already purchased renowned London art dealer Johnny van Haeften, who for much higher price collector sold it in France. After negotiations with the participation of Polish MFA van Haeften bought the painting from a Frenchman and turned it into Warszawy.Jak According to the information provided, "Rom" by the Ministry of Culture, the action for restitution is currently in Russia and the UK. Sometimes, however, that the former property of Poland has to pay. This probably becomes the image and probably Pesne "Jewess with oranges" Alexander Gierymski, which late last year were writing the media. The image was in a German auction houses. Negotiations trwają.- Foreign Ministry is of the opinion that Poland should not buy back looted treasures - emphasizes Kuhnke. But the law in many countries to protect so-called purchaser in good faith. Then left the court or counting on the good will of the owner.

© The license to publish    © ® All rights reserved      Source: Republic

**TAGI:**    History    History    Society    Art    Country    Poznan    Moscow    Donald Tusk



Tekst pochodzi z serwisu rp.pl, ©Rzeczpospolita

Czy wiesz, że z Kyocerą ten
artykuł możesz wydrukować do
5 razy taniej? Już od 33 zł/m-c!
**Więcej...**



Document Solutions

 DRUKUJ

## HISTORIA

# Wojenny łup wróci do Polski?

Łukasz Zalesiński, 28.02.2011    aktualizacja: 28.02.2011, 01:56

### Skradziony podczas wojny obraz odnalazł się w Moskwie. Za jego zwrot trzeba będzie zapłacić

„Dziewczynę z gołębiem" namalował Antoine Pesne, nadworny malarz króla Prus Fryderyka II, w 1754 r. Osiem lat przed II wojną obraz kupiło poznańskie muzeum od prywatnego kolekcjonera. – Za 3 tysiące złotych, jak na owe czasy sporo – mówi Piotr Michałowski z Muzeum Narodowego w Poznaniu.W 1943 r. władze okupacyjne zarządziły ewakuację muzeum. Zbiory wywieziono na wschód Niemiec. Dwa lata później przejęła je Armia Czerwona. Po wojnie do Polski wróciła tylko część kolekcji. Po „Dziewczynie z gołębiem" słuch zaginął.W ubiegłym roku do Ministerstwa Kultury zgłosił się antykwariusz z Moskwy. W jednym ze swych płócien rozpoznał zaginiony obraz. Michałowski wyruszył do Rosji. – Autentyczność dzieła udało mi się potwierdzić dzięki wykonanej przed wojną fotografii. Obraz jest uszkodzony, na szczęście w niewielkim stopniu – mówi.Poznańskie muzeum chciałoby odzyskać płótno. – Jego wartość trudno oszacować. Ale byłby jedynym obrazem Pesne'a w naszej kolekcji – podkreśla Michałowski. Ale sprawa nie jest prosta. Polakom najprawdopodobniej przyjdzie za płótno zapłacić. Negocjacje od lata 2010 r. prowadzi resort kultury.– II wojna światowa przyniosła gigantyczne spustoszenie polskich zbiorów. Ale straty muzeów stanowiły stosunkowo niewielką część tego, co zostało zagrabione z dworów, pałaców – tj. kolekcji prywatnych. Często te dzieła w ogóle nie były skatalogowane – podkreśla Marcin Libicki, historyk sztuki.Z szacunków resortu kultury wynika, że w wyniku wojny Polska straciła 70 proc. materialnego dziedzictwa. M. in. obrazy Rafaela, Breughela, van Dycka, Malczewskiego, Kossaka czy Gierymskiego. Dziś trudno ustalić, jaka część zrabowanych dóbr kultury wróciła do kraju w wyniku powojennej akcji restytucyjnej. Ministerstwo Kultury od początku lat 90. inwentaryzuje skradzione dzieła. W tej chwili baza zawiera ok.

60 tysięcy tak zwanych rekordów, jednak często jeden wpis odnosi się do kilku lub kilkunastu przedmiotów, które figurowały niegdyś pod wspólnym numerem inwentarzowym.Prócz Ministerstwa Kultury tropieniem zaginionych dzieł zajmuje się zespół ds. rewindykacji dóbr kultury przy Ministerstwie Spraw Zagranicznych. – Poszukiwania są prowadzone w największych domach aukcyjnych. Problemem pozostaje ogromna liczba aukcji organizowanych codziennie przez mniejsze domy aukcyjne i antykwariaty – wyjaśnia Monika Kuhnke z zespołu.W monitorowanie rynku dzieł sztuki zaangażowane są placówki dyplomatyczne i konsularne, pomocą służą liczne grupy i stowarzyszenia nieformalne. – Narzędziem podstawowym jest Internet, ale tylko w przypadku gdy dysponujemy fotografią. A niespełna 10 procent zabytków zgłoszonych jako utracone taką fotografię ma – wyjaśnia Kuhnke.W dodatku zrabowane dzieła po wojnie nierzadko przechodziły z rąk do rąk, a ich kolejni właściciele na ogół nie mieli wiedzy o ich pochodzeniu. Mimo to Polsce udało się sporo odzyskać. Czasem towarzyszyły temu niezwykłe okoliczności, jak choćby w przypadku obrazu Adrieana Brouwera „Chłopi w karczmie". Płótno wywiezione z Muzeum Narodowego w Warszawie, wypłynęło pod koniec lat 90. w ofercie domu aukcyjnego Christie's w Londynie. Początkowo specjaliści z warszawskiej placówki uznali go za replikę. Dopiero kilka lat później, kiedy udało się odnaleźć dobrej jakości fotografię, okazało się, że to oryginał. Tyle że obraz zdążył już kupić znany londyński marszand Johnny van Haeften, który za wielokrotnie wyższą cenę odsprzedał go kolekcjonerowi z Francji. Po negocjacjach z udziałem polskiego MSZ van Haeften odkupił obraz od Francuza i zwrócił go do Warszawy.Jak wynika z informacji przekazanych,"Rz" przez resort kultury, działania rewindykacyjne prowadzone są obecnie w Rosji i Wielkiej Brytanii. Bywa jednak, że za dawną własność Polska musi płacić. Tak zapewne stanie się z obrazem Pesne'a i prawdopodobnie z „Żydówką z pomarańczami" Aleksandra Gierymskiego, o której pod koniec ubiegłego roku rozpisywały się media. Obraz znalazł się w jednym z niemieckich domów aukcyjnych. Negocjacje trwają.– MSZ stoi na stanowisku, że Polska nie powinna odkupywać zrabowanych dóbr kultury – podkreśla Kuhnke. Ale prawo w wielu krajach chroni tak zwanego nabywcę w dobrej wierze. Wtedy pozostaje sąd albo liczenie na dobrą wolę właściciela.

© Licencja na publikację    © ® Wszystkie prawa zastrzeżone      źródło: Rzeczpospolita

**TAGI:**   Historia   Historia   Społeczeństwo   Sztuka   Kraj   Poznań   Moskwa   Donald Tusk

# EXHIBIT G

**Naturally**

**URL:** http://www.naturalnie.com.pl/pl/dla_elit/oczekiwany_powrot_dalszy_ciag.html

For the elite .. »

### Expected return – a continuation ...

 As for the "Girl with a Dove" Antoine Pesne.
Pesne, French painter, ur.1683, Paris - d. 1757, Berlin). He studied in France, Italy and Germany. He was the court painter of the Prussian kings. In 1733, he became director of the Academy of Fine Arts in Berlin. He created scenes, mythological, symbolic. Above all, however, portraits. He is the author of the famous portrait of Anna Orzelska, daughter of Augustus II the Strong Nieborow exposed in the palace. Images are among Pesne Also in castles Sanssouci and Charlottenburg.

"Girl with a Dove" Pense painted at the end of his life in 1754. In 1931, Poznan museum bought the work from a private collector for a lot in those times the amount of 3000 dollars.

In 1943, the occupation authorities ordered the evacuation of the city museum. His collection was taken to East Germany. In 1945, the Red Army took over the collection. When they returned after the war to the museum, it was not among them "Girl with a Dove". Indeed, for years the whole hearing about it since.

Last year, in the spring, in one of the largest antique shops in Moscow, "La Boheme" - tells me a spokesman for the National Museum in Poznan Alexander Sobocińska - exhibited for sale just painting "Girl with a Dove" Antoine Pesne. Museum almost immediately was informed that it may be lost during the war, the image from the collection of the Museum of the Wielkopolska (the so-called the current National Museum of the war).

In July last year to Moscow in order to identify the canvas went Piotr Michalowski, the curator of the Gallery of Foreign Painting MN. Expertise clearly showed that an image from the collection of our museum. Was helpful in this case made before the war photography. Although the image is corrupted, thankfully little - says Piotr Michalowski. He says that we want to recover the image. On the question of the value of the canvas - replies that it is difficult to estimate, it is essential that this would be the only Penese in the National Museum.

Ministry of Culture and National Heritage in talks with Russia
to recover the work - adds Alexander Sobocińska. Unfortunately, his revindication probably remain impossible. Most likely you will need to purchase the image.

Therefore - as I note in the title, and in this case we expect a return to the exposure of the local image, Poznan art collection.

Grazyna Banaszkiewicz

Photo by Piotr Michalowski during the inspection image in Moscow.
back

---

**Editors, ul. Sowia 18, 62-080 Tarnowo Podgórne, tel. / Fax 061 814 19 53**
All content on this site are protected by copyright. Copying, processing, use, publish on the Internet and other media without written permission is prohibited

## Naturalnie

**Adres strony:** [http://www.naturalnie.com.pl/pl/dla_elit/oczekiwany_powrot_dalszy_ciag.html](http://www.naturalnie.com.pl/pl/dla_elit/oczekiwany_powrot_dalszy_ciag.html)

[Dla elit.. »](#)

### Oczekiwany powrót - dalszy ciąg...

 Chodzi o „Dziewczynę z gołębiem" Antoine Pesne.

Pesne , francuski malarz, ur.1683, Paryż – zm. 1757, Berlin). Studiował we Francji, we Włoszech i w Niemczech. Był nadwornym malarzem królów pruskich. W 1733 roku objął stanowisko dyrektora Akademii Sztuk Pięknych w Berlinie. Tworzył sceny rodzajowe, mitologiczne, symboliczne. Przede wszystkim jednak portrety. Jest autorem słynnego portretu Anny Orzelskiej, córki Augusta II Mocnego eksponowanego w pałacu Nieborowie. Obrazy Pesne znajdują się m.in. także w zamkach Sanssouci i Charlottenburg.

„Dziewczynę z gołębiem" Pense namalował pod koniec swojego życia w 1754 roku. W 1931 roku poznańskie muzeum kupiło tę pracę od prywatnego kolekcjonera za sporą jak na owe czasy kwotę 3 tysięcy złotych.

W 1943 roku władze okupacyjne miasta zarządziły ewakuację muzeum. Jego kolekcję wywieziono do wschodnich Niemiec. W 1945 roku zbiory przejęła Armia Czerwona. Gdy w okresie powojennym powróciły one do muzeum, nie było wśród nich m.in. „Dziewczyny z gołębiem". Ba, na lata całe słuch o niej zaginął.

W ubiegłym roku, wiosną, w jednym z największych antykwariatów w Moskwie, "La Boheme" - informuje mnie rzecznik prasowy Muzeum Narodowego w Poznaniu Aleksandra Sobocińska - wystawiony został na sprzedaż właśnie obraz "Dziewczyna z gołębiem" Antoine Pesne'a. Muzeum niemal natychmiast zostało powiadomione, że może to być zaginiony podczas wojny obraz ze zbiorów Muzeum Wielkopolskiego (tak nazywało się obecne Muzeum Narodowe do wojny).

W lipcu ubiegłego roku do Moskwy w celu identyfikacji płótna pojechał Piotr Michałowski, kurator Galerii Malarstwa Obcego MN. Ekspertyza jednoznacznie wykazała, że to obraz ze zbiorów naszego muzeum. Pomocna stała się w tym przypadku wykonana przed wojną fotografia.

Obraz jest wprawdzie uszkodzony, na szczęście w niewielkim stopniu – mówi Piotr Michałowski. Mówi, że będziemy chcieli obraz odzyskać. Na pytanie o wartość płótna – odpowiada, że trudno ją oszacować, istotne jest, że byłby to jedyny Penese w Muzeum Narodowym.

Ministerstwo Kultury i Dziedzictwa Narodowego prowadzi rozmowy z Rosją w celu odzyskania dzieła - dodaje Aleksandra Sobocińska. Niestety jego rewindykacja chyba pozostanie niemożliwa. Konieczne będzie najprawdopodobniej wykupienie obrazu.

Zatem – jak zaznaczam w tytule, i w tym przypadku oczekujemy powrotu obrazu na ekspozycję tutejszej, poznańskiej kolekcji dzieł sztuki.

Grażyna Banaszkiewicz

Zdjęcie wykonane przez Piotra Michałowskiego podczas oględzin obrazu w Moskwie.
[wróć](#)

---

**Redakcja, ul. Sowia 18, 62-080 Tarnowo Podgórne, tel./fax 061 814 19 53**
Wszystkie materiały na stronie chronione są prawem autorskim. Kopiowanie, przetwarzanie,
wykorzystywanie, publikowanie w Internecie i innych mediach bez pisemnej zgody jest zabronione

# EXHIBIT H

**Certified translation from Polish**

*This document constitutes the English translation of the Polish translation of the original Russian document.*

Translation from Russian

Entries made in italics are from the translator. ---

**Elżbieta Rogowska ---**
**From**:        Sadownik Adam [Adam.Sadownik@msz.gov.pl] ---
**Sent**:    2 November 2010 13:28 ---
**To**:        Elżbieta Rogowska ---
Subject: FW: Issue of replacement restitution
Attachments:   Antoine Pesne Ministerstwo Kultury Rzeczypospolitej Polskiej.jpg; Knoll Maryam
               Birth Certificate.jpg

Please, here is the mail that I sent a few days ago from the phone. ---

Adam Sadownik ---

From:        Alexander_Kchochinskiy [mailto:faberge@ya.ru] ---
Sent:        Sunday, October 24, 2010 7:07 AM ---
To:          Sadownik Adam ---
Subject: Re: Issue of replacement restitution

Dear Mr. Sadownik!

Today I received a letter signed by the Director of the Department of Cultural Heritage of the Ministry of Culture of the Republic of Poland Jacek Miler (attached). ---

Following the request of Mr. Miler, I would like to inform you, as follows: ---

1.  The painting has been in my family for many years. According to my father, who took part in the Second World War (Patriotic), was injured and became disabled, this painting was in the house occupied by German soldiers. After the attack of Soviet troops on this town, the Germans were defeated. The Soviet Army considered these works to be spoils of war and exported them to the Soviet Union." ---

    Indication in Mr. Miler's letter that the picture was previously in Muzeum Wielkopolskie in Poznań, which on 10 September 1939 was taken by the German army and annexed to the Reich on the basis the then concluded pact between Germany and the USSR (Pact Ribbentrop Molotov) further confirms that when the Soviet soldiers who liberated the "German" city of the German soldiers, rightly recognized the property seized from Germans to be the spoils of war. ---

2.  The issue of ownership of the picture is governed by the law of the Russian Federation. ---
    Cultural Attaché Ms. Margaret Szniak only said that in any case the matter will be settled in accordance with the Russian law. ---

KHOCHINSKY/USAO-000135

2.1.   According to point 3 of Article 218 of the Civil Code of the Russian Federation "In the cases and in the manner provided for in this Code, a person may acquire ownership rights to the assets of a non-owner of property whose owner is unknown or the property, which the owner either waived ior to which he had lost the right of ownership for other reasons provided by law". ---

2.2.   According to point 1 of Article 225 of the Civil Code of the Russian Federation "ownerless is the thing which does not have the owner or the owner of which is unknown or, unless the law provides otherwise, the thing to which the owner waived property rights." ---

2.3.   According to point 3 of Article 225 of the Civil Code of the Russian Federation "In the event that this is not excluded by the provisions of this Code on the acquisition of ownership of the things the owner waived (Article 226), about finding animals and treasure without the supervision, ownership to ownerless movable property may be acquired by acquisitive prescription." ---

2.4.   According to point 1 of Article 234 of the Civil Code of the Russian Federation "A person - a citizen or legal person who is not the owner of the property, but conscientiously, openly and continuously administers the property as their own property for a period of fifteen years or other property for a period of five years, acquires ownership of that property (acquisitive prescription). Ownership of real estate and other property subject to state registration is created for the person who acquired the property in question by acquisitive prescription, since such registration." ---

2.5.   According to point 3 of Article 234 of the Civil Code of the Russian Federation "A person claiming the acquisitive prescription may include into their possession period the entire period during which the property in question was in the possession of that, whose legal successor is this person". ---

3.  In accordance with Article 43 of the Federal Law No. 127-FZ dated 15.04.93 "On the export and import of cultural values": ---

"In the case of acquisition by a diligent buyer of illegally imported from other countries, stolen or lost cultural values, the values shall be returned to the rightful owner, together with the payment of fair compensation to diligent buyer, if a claim of return is made by a state - party to an international agreement in force in the Russian Federation, and providing for such payment or if such payment is carried out on a reciprocal basis. Cultural values returned in accordance with part one of this article are exempt from customs duties and others

KHOCHINSKY/USAO-000138

charges. Any costs associated with their return is borne by the claimant. Natural or legal person who is not the owner of cultural values, but conscientiously and openly administers it as his own for not less than 20 years, acquires ownership of the cultural value." ---

4. Under the current law on cultural values exported as a result of the Great Patriotic War of, subject to return are "cultural values, which were owned by religious organizations or private charity institutions." So - if the picture comes from the temple - it should be returned, if from the museum - it does n ot have to be returned. Works of art can also be returned countries - the victims of Nazi aggression. The Act defines two types of states: "the enemy countries" - Germany and its allied countries: Bulgaria, Hungary, Italy, Romania and Finland and the "interested countries", i.e. those that were occupied by Germany during World War II. ---

   Poland was one of the first victims of Nazi Germany, at the same time being a victim of Stalin's USSR in 1939 on the basis of the Molotov-Ribbentrop Pact, the Polish state was simply divided. ---

   Thus, from the point of view of Russian law, the situation will depend on the status of Poznań at the time of exportation of cultural values. In case that Poznań area was occupied by the German army, the law considers it a compensatory restitution, in which objects are the property of the Russian Federation. ---

   Thus, on the basis of the information available, the painting was taken away from the area, which in 1939 was declared as German, before the provisions of the Potsdam Conference (July-August 1945), and before the conclusion of the Soviet-Polish agreement of 16 August 1945, when the Polish state emerged again. ---

5. In April 1995, the Russian parliament, until the adoption of the Law on restitution, declared a moratorium on all returns of "stolen art." ---

6. As you know, my mother was born in 1922 in the Polish city of Przemyśl (see attached document). My mother's family had land with a house at Grunwaldzka 128. This means that, in accordance with the law I can rightly request restitution - monetary compensation for lost property. ---

7. Without a doubt, the proposal of the Polish party regarding purchase of the painting from me means more to me than the actual payment of compensation for lost property in Poland, but it is the answer to my voluntary addressing Poland about the return of the painting, which once was in the Muzeum Wielkopolskie in Poznań. ---

Yours sincerely

Aleksandr Jakowlewicz Choczinskij ---

KHOCHINSKY-USAO 000137

29.09.10, 17:03, "Sadownik Adam" <Adam.Sadownik@msz.gov.pl>: ---

Dear Mr. Choczinskij,

I received information that the representatives of the Ministry of Culture are currently preparing the documents necessary to come to Moscow. ---

I will inform you of all the details after receiving them from Warsaw. ---

Yours sincerely,

Adam Sadownik ---

A document drawn up on three pages numbered consecutively in the footer as 1,2,3. At all three pages, in the lower right corner - round seal with the national emblem of the Republic of Poland inside and the following circumscription: Prokuratura Okręgowa [District Prosecution Office] in Poznan * 8 *.

Oblong stamp: Duly authenticated 05.03.2015. Magdalena Kałużna, CLERK, illegible signature. ---

In the upper right corner the pages are numbered as follows: 10, 11, 12 ---

Rep. 91/2015. I, Irena Kowaliszyn, sworn translator of Russian entered on the list of sworn translators of the Minister of Justice on 23.11.2005 under No. TP/4380/05, certify the conformity of the translation with the authenticated copy of the document written in the Russian language. Warsaw, 12.03.2015

*All pages of the document bear round notarial stamp with number TP/4380/05 inside, and the following circumscription: Irena Kowaliszyn Sworn Translator of Russian, and (-) illegible signature*

---

**Rep. No. 145/15**

*I, the undersigned dr. Marek Kamiński, sworn translator of the English language, recorded on the list of sworn translators of the Minister of Justice under No. TP/2022/05, do hereby certify that the foregoing translation is in conformity with the original document in Polish.*

*Warsaw, 17 March 2015*

KHOCHINSKY-USAO-000138

**Certified translation from Polish**

*This document constitutes the English translation of the Polish translation of the original Russian document.*

Translation from Russian

Entries made in italics are from the translator. ---

**Elżbieta Rogowska ---**
From:        Sadownik Adam [Adam.Sadownik@msz.gov.pl] ---
Sent:        24 September 2010 12:03 ---
To:          Elżbieta Rogowska ---
Cc:          Marciniak Piotr ---
Subject: FW: Issue of replacement restitution

Dear Madam,

With reference to our conversation I hereby forward the e-mail from Mr. Hochinski and look forward to further information regarding the proceeding with the case after consultation with the management. ---

Yours sincerely,

Adam Sadownik ---


Counsel ---

Embassy of the Republic of Poland ---

in Russian Federation ---

Moscow ---

*A phrase in English below* ---

ul. Klimashkina 4, 113557 Moscow ---

Phone number: +7 495 231 15 30/+7 8 916 112 13 77 ---

Fax: +7 495 231 16 06 ---

www.polandemb.ru; www.msz.gov.pl; www.poland.gov.pl; ---


This message (including attachments) is owned by the Ministry of Foreign Affairs and may contain business information protected by law. If you are not the proper addressee or you have received this message by error, please immediately notify the sender of this fact and delete the message received. Any unauthorized copying, disclosure or dissemination of the enclosed information is prohibited. ---
*A phrase in English below* ---

KHOCHINSKY/USAO-000139

From:        Alexander_Kchochinskiy [mailto:faberge@ya.ru] ---
Sent:        Friday, September 24, 2010 1:40 AM ---
To:          Sadownik Adam ---
Subject: Re: Issue of replacement restitution

Dear Mr. Sadownik!

I would be grateful to you for the information about the conclusions reached by your Polish experts who have studied the painting more than a month or two months ago. ---

I would also like to know what plans do the Polish executives have with regard to the purchase of the panting, or even if such plans exist, because I plan to sell this painting and two potential customers are waiting for the results from Poland. ---

It's been over four months since my submission of the proposal and I am willing to wait another 2-3 weeks, and then, perhaps, I will sell the painting to a private collector. ---

You probably know that, according to Russian law, in the case of returning the image to Poland, there will be no problems with the export from Russia. ---

For now, for time of the negotiations, I forwarded the painting for storage to a secluded location. ---

Yours sincerely

Aleksandr Jakowlewicz Choczinskij ---

20.05.10, 12:44, "Szniak Małgorzata": ---

Dear Mr. Choczinskij,

Thank you for your consent. I will forward this information to our Ministry of Culture and we will wait for the expert. Once the date of his visit to Moscow will be known, I will contact you or your wife to make an appointment. ---

Yours sincerely,

Małgorzata Szniak ---

tel. (495) 231-15-30 ---

mobile +7,916,112-13-77 ---


From:        Alexander_Kchochinskiy [mailto:faberge@ya.ru] ---
Sent:        Thursday, May 20, 2010 10:06 AM ---
To:          Szniak Małgorzata ---
Subject: Re: Issue of replacement restitution

Dear Madam,

Thank you for your prompt reply to my letter. ---

I think we can discuss the issue of painting sale to you and I agree to allow your expert to examine the painting, which is in a very good condition. ---



KHOCHINSKY_USAO-000140

Since I'm not currently in Moscow (on a business trip), I will ask my wife to receive your expert in the room of our antique shop "Bogema", which is located at: ---

121099 Moscow, Smolenskaja nabierieżnaja 12 ---

Phones: +7(495) 605-6471/97/96 ---

Fax: +7(495) 605-6710 ---

http://bogema-art.ru ---

Yours sincerely

Aleksandr Jakowlewicz Choczinskij ---

SKYPE – KHOCHINSKY ---


20.05.10, 11:18, "Szniak Małgorzata": ---

Dear Mr. Choczinskij,

Thank you for your letter and I would like to inform you that the Ministry of Culture and National Heritage of the Republic of Poland intends to negotiate with you about the acquisition of the painting that is in your collection. However, before that, the painting should be examined by the Polish expert who could come to Moscow within a month and perform expert's tests. Do you agree to that? ---

Yours sincerely,

Małgorzata Szniak ---

Counsel in the Embassy ---


| | |
|---|---|
| From: | Alexander_Kchochinskiy [mailto:faberge@ya.ru] --- |
| Sent: | Thursday, May 18, 2010 05:49 AM --- |
| To: | culture@polandemb.ru --- |
| Cc: | Polish embassy in Russia; press@polandemb.ru; rzecznik@mkidn.gov.pl; mkidn@esp.mkidn.gov.pl; minister@mkidn.gov.pl; podsekretarz.smolen@mkidn.gov.pl - |
| | Subject: Re: Issue of replacement restitution |

Dear Sirs.

I would like to provide you with interesting information - I am sure that this topic will be of interest to you. ---

Recently I started thinking about the replacement restitution, after I learned that one of the paintings, which for many years has been in my collection, appears in the list of Polish cultural values lost during World War II. ---

This information did not cause any concern in me, but there occurred some hints. ---

Polish history in this crucial period is of particular interest to me, because my mother, nee Mariam Knol was born and spent her childhood in the Polish city of Przemyśl, through which directly on the

KHOCHINSKY-USAO-000144

San River, which flows through the center of the city, in 1939 there was the border between the Soviet Union and the German occupation zone. ---

Please find attached hereto a birth certificate of my mother on 22 February 1922, which also contains the address of the house where her family lived - ul. Grunwaldzka 128. ---

After the entry of the Nazi troops into Poland on 1 September 1939, Soviet troops under the Molotov-Ribbentrop Pact invaded Poland from the east, in the area to the north and south of wetlands extending along the Pripyat in the Western Ukraine and Western Belarus. The Soviet government explained this step, inter alia, by the powerlessness of the Polish government, the disintegration of the Polish state - de facto the necessity to ensure the safety of the Ukrainians, Belarusians and Jews living in the eastern Polish provinces. On the Polish land annexed by Germany the "racial policy" was conducted, the resettlements were held, the population was classified into categories with different rights depending on nationality and origin. According to this policy, Jews and Gypsies were subject complete annihilation. On 20 June 1942 the first group, consisting of 1,000 Jews from Przemyśl was taken to a concentration camp in Janów, and on 15 July the ghetto was created for all the Jews living in Przemyśl and its surroundings - about 22 000 people. All Jewish public buildings, including synagogues were destroyed, and all commercial and private real estates that belonged to the Jews, were confiscated. Polish underground and some noble Poles managed to save 415 Jews. According to information of the investigation conducted in post-war Germany, 568 Poles were murdered by the Germans for helping Jews in the region of Przemyśl. ---

My mother was able to go to grandmother's village located near Lviv, which in 1939 became a Soviet city. On July 22, when the bombing began, along with other refugees she went to the East, arrived in Kiev, and when the Germans came close, went further - to Tashkent, where he worked until the end of the war in a military hospital saving the lives of wounded soldiers Soviet among which was also my future father seriously wounded at the front. ---

There were many persons such a y mother. Among the persons that emigrated from Przemyśl there was Jonas Brenanke, grandfather of the Chairman of the US Federal Reserve Ben Bernanke (and neighbor of my mother and her family, living on the same street), Zbigniew Brzezinski, and many others. ---

About ten years ago I visited my mother's hometown - Przemyśl. I found a place where once stood the house of her family, from which no one survived but her, because she managed to escape to the Soviet Union, where she not only managed to survive, but also to gain homeland, start a family, have children. ---

KHOCHINSKY USAO-000142

Of course, the house of her family was destroyed, but what was my surprise when I saw that in a place where there was my mother's house there is built in 1980 a Roman Catholic church - GRUNWALDZKA The Church of Our Lady Queen of Poland (see attached picture). ---

http://www.intermapa.pl/mapa.php?kod2=4485968 ---

What struck me then was not the very existence of the temple on the land of my ancestors, but that the church in its name contains a name which is the same as the name of my mother - Maria. Therefore, under the influence of this magical convergence, I even did not think that I have the right to restitution of my property - land belonging to me, as the heir of the rightful owners, who were killed during the Nazi occupation, or to return of its value. ---

However, sometime, somehow accidentally, eating lunch in a Parisian restaurant with an employee who is holding a high position in Artloss organizations involved in the search for missing artwork and discussing with him, among other things, certain issues of exploration abroad of cultural values lost in Russia and perspectives of their return to Russia, I received from him a few interesting publications containing information relating to the searched paintings, among which I saw my: ---

Antoine Pesne A girl with goldfinch (or dove) or Pesne Girl -

http://commons.wikimedia.org/wiki/File:Pesne_Girl.jpg ---

http://upload.wikimedia.org/wikipedia/commons/0/08/Pesne_Girl.jpg ---

http://www.mkidn.gov.pl/kolekcje/ ---

*A form in English below --- ---*

*The following wording under the form:*

I THOUGHT ONCE THAT IS NOT A PROBLEM FOR CHOCZINSKI TO SUGGEST TO THE POLISH PRESIDENT KACZYNSKI, TO THINK ABOUT EXCHANGE BY WAY OF REPLACEMENT RESTITUTION OF THE PAINTING, TO WHICH ACCORDING TO LAW POLAND PRETENDS, TO THE CASH COMPENSATION FOR PARCEL WHICH LEGALLY BELONGED TO MY FAMILY, AND ON WHICH NOW A CHURCH IS CONSTRUCTED, PREVENTING ME FROM REQUESTING THE RETURN OF THIS LAND LOT. ---

Now I am addressing my proposal to the new Polish leader. ---

Attachments: copies of documents and photographs. ---

Yours sincerely

Aleksandr Jakowlewicz Choczinskij ---

Leczebnaja 5 m. 31 ---

Moscow 105187 ---

Russia ---

http://www.nytimes.com/2009/10/21/world/europe/21voltaire.html?_r=2&scp=1&sq=khochinsky& st=cse ---

KHOCHINSKY-USAO-000143

A document drawn up on six pages numbered consecutively in the footer as 1,2,3,4,5,6. At all six pages, in the lower right corner - round seal with the national emblem of the Republic of Poland inside and the following circumscription: Prokuratura Okręgowa [District Prosecution Office] in Poznan * 8 *.

Oblong stamp: Duly authenticated 05.03.2015. Magdalena Kałużna, CLERK, illegible signature. ---

In the upper right corner the pages numbered as follows: 13, 14, 15, (two pages without numbers), 18 ---

Rep. 92/2015. I, Irena Kowaliszyn, sworn translator of Russian entered on the list of sworn translators of the Minister of Justice on 23.11.2005 under No. TP/4380/05, certify the conformity of the translation with the authenticated copy of the document written in the Russian language. Warsaw, 13.03.2015

*All pages of the document bear round notarial stamp with number TP/4380/05 inside, and the following circumscription: Irena Kowaliszyn Sworn Translator of Russian,*
*and (-) illegible signature*

**Rep. No. 146/15**

*I, the undersigned dr. Marek Kamiński, sworn translator of the English language, recorded on the list of sworn translators of the Minister of Justice under No. TP/2022/05, do hereby certify that the foregoing translation is in conformity with the original document in Polish.*

*Warsaw, 17 March 2015*

KHOCHINSKY-USAO-000144

# EXHIBIT I