# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2015

**BY EMAIL**

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/15

Re: **In the Matter of the Extradition of Alexander Khochinskiy**, 15 MJ 847 (JSR)

Dear Judge Rakoff:

We write with the consent of Pretrial Services and the U.S. Attorney's Office to request that the Court modify the conditions of Alexander Khochinskiy's release to permit him to use the exercise facilities in his apartment building.

On March 6, 2015, the Court ordered Mr. Khochinskiy to be released on a $100,000 personal recognizance bond co-signed by one financially responsible person and secured by Mr. Khochinskiy's hom at 70 Little West Street, Apartment 29D, in Manhattan. The conditions of release include the surrender of Mr. Khochinskiy's and his family's travel documents, travel limited to the Southern and Eastern Districts of New York, and home detention with electronic monitoring. Mr. Khochinskiy is in full compliance with all conditions of his release.

We respectfully request that the Court modify the conditions of Mr. Khochinskiy's home detention in order to permit him to make daily visits to the fitness center and pool in his apartment building, in compliance with his doctor's recommendation that he take an hour and a half of exercise every day. U.S. Pretrial Services Officer Dennis Khilkevich and Assistance U.S. Attorney Katherine Reilly have no objection to this request.

Respectfully submitted,

Christopher A. Flood, Esq.
Federal Defenders of New York
Attorneys for Alexander Khochinskiy

CC: AUSA Katherine Reilly
USPTO Dennis Khilkevich

SO ORDERED

Jed S. Rakoff, U.S.D.J.

4-6-15