# EXHIBIT AA

АНТИКВАРНАЯ ГАЛЕРЕЯ «БОГЕМА»
СОВМЕСТНО
С РОССИЙСКИМ ЕВРЕЙСКИМ КОНГРЕССОМ



# БЛАГОТВОРИТЕЛЬНЫЙ АУКЦИОН
## «ШЕДЕВРЫ ЕВРЕЙСКОГО ИСКУССТВА»

10 ДЕКАБРЯ 2003 ГОДА
в помещении Еврейского Культурного Центра
на Большой Никитской –
ул. Большая Никитская д. 47/3







Дорогие друзья!

Акция, проводимая Российским еврейским конгрессом совместно с антикварной галереей «Богема», уникальна по своей сути. Насколько мне известно, в новой России до этого не проводились аукционы, на которых были бы выставлены исключительно произведения еврейского искусства.

Все средства, полученные от продажи работ еврейских художников и ювелиров, пойдут на реализацию благотворительных программ, проводимых Российским еврейским конгрессом. В первую очередь, деньги будут перечислены благотворительной организации «ХАМА», в столовых которой ежедневно получают бесплатные обеды тысячи нуждающихся москвичей, причем отнюдь не только евреи. Таким образом, участвуя в нашем аукционе, Вы поддерживаете одновременно и еврейскую культуру, и еврейскую благотворительность.

Надеюсь, сознание того, что деньги, потраченные вами на этом аукционе, направляются на благородные цели, доставит вам не меньшее удовольствие, чем обладание произведениями искусства.

Хочется верить, что благодаря Вашей поддержке, поддержке истинных ценителей прекрасного и людей, неравнодушных к судьбам ближних, наш аукцион станет первым в череде подобных акций.

Дорогие друзья!

Мы рады приветствовать Вас на первом Российском еврейском аукционе. Быть первым всегда трудно, но кому-то надо начинать.

Мир искусства, как и весь наш огромный мир людей, и един и разнообразен. Мировое искусство, как зеркало, отображает историю и современную жизнь людей. Как часть мирового искусства еврейское – отображает и жизнь самих евреев и их взгляд на то, что их окружает. С другой стороны и сами евреи являются объектом произведений искусства других народов. Великие русские художники А.Иванов, Н.Ге, В.Поленов, К.Маковский и многие другие известны, в том числе и написанием изумительных по красоте еврейских образов. А кто, как ни И.Левитан и М.Антокольский, создавали свои произведения с поистине русской одухотворенностью.

Данный аукцион несёт две задачи: помощь тем, кому нелегко в наше время – старикам, инвалидам, детям всех национальностей и религий, а также приобщение людей к одной из многочисленных составляющих мирового искусства - еврейской.

Ваш
Юрий РАСКИН,
Исполнительный вице-президент РЕК

Желаем Вам удачи и мира,
Александр и Татьяна Хочинские

АНТИКВАРНАЯ ГАЛЕРЕЯ «БОГЕМА»

СОВМЕСТНО

С РОССИЙСКИМ ЕВРЕЙСКИМ КОНГРЕССОМ

# БЛАГОТВОРИТЕЛЬНЫЙ АУКЦИОН

# «ШЕДЕВРЫ ЕВРЕЙСКОГО ИСКУССТВА»

**ВСЯ ПРИБЫЛЬ ОТ АУКЦИОНА ПОСТУПИТ НА БЛАГОТВОРИТЕЛЬНЫЕ ПРОГРАММЫ РОССИЙСКОГО ЕВРЕЙСКОГО КОНГРЕССА: ПОМОЩЬ ДЕТЯМ, ИНВАЛИДАМ, СОЦИАЛЬНАЯ ПОДДЕРЖКА.**

Аукцион состоится 10 декабря 2003 года в 14 часов
в помещении Еврейского Культурного Центра на Большой
Никитской – ул. Большая Никитская д. 47/3

Предпродажная выставка состоится: 7, 8, 9, декабря 2003 года
с 11 до 18 часов по тому же адресу.

АНТИКВАРНАЯ ГАЛЕРЕЯ «БОГЕМА»
121099 МОСКВА УЛ. НОВЫЙ АРБАТ, ДОМ 31/12
(подъезд со Смоленской набережной)
ТЕЛЕФОНЫ: 205-6496, 205-6497, 205-6471
E-mail: faberge@narod.ru

# EXHIBIT BB





**АНТУАН ПЕН**
**ЖЕНСКИЙ ПОРТРЕТ СО ЩЕГЛОМ**
х. м. 56,5x45 см, 1754 г.



www.heritage-gallery.ru/news/id=7/

ЭРМИТАЖ

Галерея | Новости | Пресс-очерк | Контакты

## Новости

2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009

Все | **Ноябрь** | Декабрь



### Женский образ в мировом искусстве. Из XVIII в XXI век

31.10.2008

9 ноября ознаменовалось стартом нового проекта «Женский образ в мировом искусстве. Из XVIII в XXI век.» Внушительность временной диапазон и широкая география работ и имен на стала данным преподношения в осуществлении проекта, напротив, сделав его многогранным и необычайно интересным.

Представленная экспозиция, на достаточно часто используемую в мировом искусстве тему, стала действительно событием. XVIII и XIX вв. представлены такими прудоженными мастерами Западной Европы как А. Ган, П. Ларжен (работы при дворе Елизаветы Петровны), Паоло Старший и Ф. Винтергальтер (Государственный Русский Музей) и русской академической школой в лице Д.И. Грушенко и Ф.В.Сычкова. Русское искусство XX века отражено в работах таких мастеров как Г.Е. Глюкман, В.Г.Харитонова, Н.Б.Терлоскарев, М.Общанкин и многих других. В проекте также представлены графические работы А.Зверева, Р.Фалька, М.Тиле-Блок, М.И.Куприно. Что касается наших дней, то XXI век широко представлен современными талантливыми художниками Ю. Юдиным, А.Смирновым, В.Мурзиным, А.Меранов (Испания).

Выставка пройдет до 5 декабря.

Адрес:
Москва ул. Пирожка, 201,
правый № 2 этаж, суб. Петровский парк, 4 этаж

Часы работы:
ежедневно с 11 по воскресенье
с 11.00 до 20.00



# EXHIBIT CC



Аукционы № 41, 42, 43

РУССКОЕ И ЗАПАДНОЕВРОПЕЙСКОЕ ИСКУССТВО XIX-XX ВЕКОВ.
МОНЕТЫ И МЕДАЛИ. АНТИКВАРНЫЕ КНИГИ.

COBKOM

27 октября 2007 года 13:00



 РосЕвроБанк

на любые цели,
без ограничения суммы кредита,
сроком до 5 лет.

**+7 (495) 777-1111**



## Галерея СОВКОМ

| | |
|---|---|
| Директор | - Тюхтин Юрий Михайлович |
| Арт-директор | - Засыпкин Игорь Юрьевич |
| Административный директор | - Ястребкова Ирина Николаевна |
| | - Козорезенко Петр Петрович |
| | |
| Финансовый директор | - Львова Татьяна Анатольевна |
| Главный бухгалтер | - Петрова Маргарита Михайловна |
| Платежи | - Стожарова Надежда Викторовна |
| Менеджер проекта (живопись, графика) | - Снегирева Полина Александровна |
| Менеджер проекта (прикладное искусство) | - Травникова Анна Евгеньевна |
| Главный дизайнер | - Соломина Екатерина Александровна |
| Дизайнер | - Бочаров Тарас Сергеевич |
| Выставки, экспозиции | - Фомина Елена Михайловна |
| Логистика | - Ангерт Виктория Иосифовна |
| Художник-фотограф | - Кубарев Григорий Вячеславович |

### *Консультанты:*

| | |
|---|---|
| Графика и театрально-декорационное искусство | - Клим Татьяна Борисовна |
| | *Заслуженный деятель культуры РФ* |
| Живопись первой половины XX века | - Ермакова Татьяна Андреевна. |
| | *Заведующая группой живописи первой половины XX века Государственной Третьяковской галереи* |
| Керамика | - Самецкая Эльвира Борисовна |
| | *Заслуженный работник культуры РФ, эксперт Министерства культуры, Заслуженный работник культуры* |
| Художник-реставратор | - Соломин Александр Николаевич |
| станковой масляной живописи | *Член московского союза художников* |
| Монеты, медали | - Аслиян Гайк Константинович |
| | *Член Московского нумизматического общества* |

**Адрес:**
129090, Москва, ул. Щепкина, 28. Тел.: 684-91-91; факс: 684-90-62
www.sovcom.ru

Галерея "СОВКОМ" проводит регулярные аукционы, для участия в которых принимает на комиссию работы русских, советских и современных ... фондах представлено более пяти тысяч произведений живописи, графики, фарфора, фаянса, скульптуры XX века. Проводятся тематические выст... предметов искусства и букинистики. Наши специалисты формируют частные и корпоративные коллекции, оказывают услуги по арт-консалтингу и ... собственного собрания галерея покупает работы признанных мастеров советской живописи.

### Следующий аукцион состоится 16 ноября 2007 г. в 15:00 в помещении галереи СОВКОМ по адресу: ул. Щепкина, д 28.

## АУКЦИОННЫЙ КАЛЕНДАРЬ

**Аукцион 16 ноября 2007 г. "Советская живопись и гра...**
В 15-00 в галерее "СОВКОМ" по адресу г. Москва, ул. Щепкин...
**Аукцион 15 декабря 2007 г. "50/50 - Соцреализм - другое ...**
В 15-00
**Аукцион 20 декабря 2007 г. "Распродажа - Рождественски...**
В 15-00 в галерее "СОВКОМ" по адресу г. Москва, ул. Щепкин...
**Аукцион 2 февраля 2008 г. "Советская живопись и гра...**
В 15-00 в галерее "СОВКОМ" по адресу г. Москва, ул. Щепкин...





**88.**   450 000 – 500 000 руб.
$ 17 000 – 19 000

Этьен Алегрен.
Классический пейзаж с
водопадом.
Холст, масло.
87,5х109.

Etienne Alegren.
Model Landscape with
Waterfall.
Canvas, oil.
87,5x109.

Работа поступила из частной коллекции.
The provenance of this work is a private collection.

**Антуан Пэн** (1683-1757).
Немецкий живописец эпохи рококо.
Работал при прусском дворе, создавал декорати
росписи, писал галантные сцены в духе Ватто и Ла

**Antoine Pesne** (1683-1757).
German painter of Rococo. Painter to the Prussian K
created decorative paintings and gallant scenes in th
manner of Vatto and Laykre.



**89.**   250 000 – 300 000 руб.
$ 9 500 – 11 500

Пэн, Антуан (1683-1757)
Девушка с щеглом.
1754 г.
Холст, масло.
56,3х45,7.
Экспертиза ГосНИИР.
Подпись и дата внизу справа.

Pesne, Antoine (1683-1757)
Female Portrait with a Goldfinch.
1754
Canvas, oil.
56,3x45,7.
Certificate of State Scientific Research
Institute of Restoration.
Signed and dated in the lower right
corner.

Работа поступила из частной коллекции.
The provenance of this work is a private collection.



**90.**   30 000 – 50 000 руб.
$ 1 100 – 2 000

Мерман Г.
Натюрморт.
Конец XIX в.
Холст, масло.
52х42.

Mehrman G.
Still Life.
The end of the XIX century.
Canvas, oil.
52x42.



Работа поступила из частной коллекции



Галерея работает
ежедневно, 10-19
ул. Щепкина, д. 28
Тел.:   684-91-91

a r t @ s o v c o m . r u

# EXHIBIT DD



# EXHIBIT EE

Certified translation from the Polish language



DISTRICT PROSECUTOR'S OFFICE IN POZNAŃ
## DEPARTMENT III
## SUPERVISION OF PRELIMINARY
## PROCEEDINGS
Solna 10
61-736 POZNAŃ
Tel. +48 618852022  Fax +48 618852026
e-mail: oz@poznan.po.gov.pl
a.skrzypczak@poznan.po.gov.pl

III Oz 341/13

Poznań, October 01, 2013

**Re.: 95-100-22981**

### Supplementary information to the request
### for provisional arrest and extradition of

In response to the inquiry of the United States Department of Justice, the District Prosecutor's Office in Poznań kindly advises that according to the evidence obtained in the course of the proceedings in question, as a result of addressing requests for international legal assistance in criminal matters to the Russian Federation, from the testimonies of witness Yelizaveta Tairova daughter of Oleg, interviewed on December 15, 2011, it follows that she was employed at the "Bohema" Antique Shop, Moscow, Novy Arbat 31/12 from December 14, 2009, and from July 1, 2010 she exercised the function of general manager. The witness indicated that KHOCHINSKIY Alexander son of Yakov worked at the antique shop as a consultant - fine arts expert. Within the framework of his activity he performed, through the agency of said antique shop, sales of works of art purchased at various auctions, as well as pieces of historical value originating from his own collection. The witness was unable to explain how the painting by Antoine Pesne "Girl with a Dove" came to be in Alexander

District Prosecutor's Office in Poznań
61 - 736 Poznań, Solna 10
tel. 061 885 2022 / fax  061 885 2026
oz@poznan.po.gov.pl

KHOCHINSKY-USAO-000073

KHOCHINSKIY'S collection. The witness confirmed that the painting was present at the „Bohema" antique shop, however it was not put up for sale, and after inspection by an expert from Poland the painting was taken away by representatives of Alexander KHOCHINSKIY.

Additionally, within the framework of execution of a request for international legal assistance in criminal matters addressed to Russian law enforcement authorities, information was obtained confirming that in July 2010 there worked and appeared at the "Bohema" company, amongst others: KHOCHINSKIY Alexander, son of Yakov, as a consultant - expert in fine arts, discharged on March 1, 2011 in connection with retirement.

On September 17, 2013 a photograph was obtained form the Ministry of Culture and National Heritage in Warsaw, which supposedly shows Alexander KHOCHINSKIY with the painting by Antoine Pesne "Girl with a Dove", which he enclosed with email correspondence of May 18, 2010, in which the suspect advised the Polish diplomatic post that he was in possession of the painting in question.

Enclosed please find photographs of the suspect in possession of this unit.

With kind regards,

*Deputy District Prosecutor*

*/-/ illegible signature*

*Mariusz Orlicki*

*Official round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim:* "DISTRICT PROSECUTOR'S OFFICE IN POZNAŃ".

**Enclosures:**

- copies of photograph of Alexander KHOCHINSKIY certified for conformity

- original photographs (2 pieces)

*Repertory no. 1367/2013*
*I, the undersigned, Ryszard Pruszkowski, sworn translator of the English language entered on the list of sworn translators of the Minister of Justice, hereby certify that the above text is a true and complete translation of the original Polish document.*
*Warsaw, October 10, 2013*

District Prosecutor's Office in Poznań
61 - 736 Poznań, Solna 10
tel. 061 885 2022 / fax. 061 885 2026
oz@poznan.po.gov.pl

KHOCHINSKY-USAO-000074



KHOCHINSKY-USAO-000075



KHOCHINSKY-USAO-000076