```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/4/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN THE MATTER OF THE EXTRADITION          15 **Mag. 847 (JSR)**
OF ALEXANDER KHOCHINSKY                   15 **Crim. Misc. 1 Page 207 (JSR)**
                                          **JUDGMENT**

------------------------------------------------------------X

Whereas in response to a request from the Government of the Republic of Poland ("Poland"), the United States (the "Government") having petitioned the Court for a certification that Alexander Khochinsky is extraditable pursuant to the U.S. - Poland Extradition Treaty, T.I.A.S. No. 99-917, signed in Washington, DC on July 10, 1996 and entered into force on September 17, 1999 (the "Treaty"); on February 25, 2015, the Government filed a Complaint in this Court seeking Khochinsky's extradition; on April 2, 2015, Khochinsky having moved to dismiss the Extradition Complaint; on May 18, 2015, the Court having held oral argument on Khochinsky's motion to dismiss but, finding that the motion raised factual questions not appropriately resolved at that stage, deferred decision on Khochinsky's motion until after the extradition hearing; accordingly, on June 17, 2015, the Court having held an evidentiary hearing pursuant to 18 U.S.C. § 3184, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on August 3, 2015, having rendered its Opinion and Order denying the Government's petition for a certificate of extraditability for Khochinsky, dismissing the Extradition Complaint, and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2015, the Government's petition for a certificate of extraditability for Khochinsky is denied and the Extradition Complaint is dismissed.

**Dated:** New York, New York
August 4, 2015

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____